# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:17-cv-306-FDW

| | | |
|---|---|---|
| **DASHAWN GERVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CHRISTIAN HENDLEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* proposed subpoenas (Doc. No. 22).

Routine discovery requests should not be filed with the Court. This Court's local rules provide that "[t]he parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses thereto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition." LCvR 26.2. Plaintiff is instructed to acquaint himself with the Federal Rules of Civil Procedure, this Court's local rules, and the blank forms available on the Court's website.[1] See, e.g., Fed. R. Civ. P. 26. Plaintiff is instructed to engage in voluntary discovery with Defendants and may file a motion to compel with the Court if discovery efforts fail. The Clerk of Court will be instructed not to issue Plaintiff's proposed subpoenas at this time.

**IT IS THEREFORE ORDERED** that:

---

[1] http://www.ncwd.uscourts.gov/

1

The Clerk of Court is instructed not to issue Plaintiff's proposed subpoenas, (Doc. No. 22), at this time.

Signed: August 14, 2018

Frank D. Whitney
Chief United States District Judge