# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Dashawn Gervin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00306-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Christian Hendley, B. Fischer,  Hubert | ) | |
| Corpening, and George T. Solomon**,** | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on February 12, 2019.

February 12, 2019

*Frank G. John*

Frank G. Johns, Clerk
United States District Court